UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRANSTEL S.A.,<br><br>　　　　　　Plaintiff<br><br>　　　v.<br><br>CASTLELAKE L.P.,<br><br>　　　　　　Defendant. | 18 Civ. 3671 (JMF) (DCF) |

## NOTICE OF MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that, upon (i) the accompanying Memorandum of Law in Support of Defendant Castlelake L.P.'s Motion to Dismiss the Complaint, dated June 21, 2018, and (ii) the Declaration of Daniel R. Walfish in Support of Defendant Castlelake L.P.'s Motion to Dismiss the Complaint, dated June 21, 2018, and accompanying exhibits, Defendant Castlelake, L.P., by its undersigned attorneys, will move before the Honorable Jesse M. Furman, United States District Judge, United States District Court for the Southern District of New York, on a date to be determined by the Court for an order dismissing the Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and awarding such further relief as this Court deems just and proper.

Dated: June 21, 2018

Respectfully submitted,

WALFISH & FISSELL LLP

By:   /s/ Daniel R. Walfish
    Daniel R. Walfish
    Rachel Penski Fissell
    11 Broadway Suite 615
    New York, NY 10004
    Tel.: 212-672-0521
    Email: dwalfish@walfishfissell.com

*Attorneys for Defendant Castlelake, L.P.*