UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
TRANSTEL S.A.,                                                          :
                                                                        :
                              Plaintiff,                                :    18-CV-3671 (JMF)
                                                                        :
                -v-                                                     :    MEDIATION REFERRAL
                                                                        :            ORDER
CASTLELAKE L.P.,                                                        :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has consulted with the head of the Court-annexed Mediation Program in an effort to identify cases with pending motions that may be amenable to mediation prior to a decision on the motion — mindful of the time it will take the Court to decide the motion and the time and expense involved in any litigation that could follow the Court's decision.  In light of that consultation, it is hereby ORDERED that this case is referred for mediation to the Mediation Program.  If any party objects to that referral, it shall file a letter explaining its objection within three days of this Order.  The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

       SO ORDERED.

Dated: August 17, 2018
       New York, New York
                                            JESSE M. FURMAN
                                            United States District Judge