UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRANSTEL S.A., <br><br> Plaintiff <br><br> v. <br><br> CASTLELAKE L.P., <br><br> Defendant. | 18 Civ. 3671 (JMF) (DCF) |

### NOTICE OF WITH-PREJUDICE VOLUNTARY DISMISSAL

Pursuant to Rules 41(a)(1)(A)(i) & 41(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff Transtel S.A. hereby gives notice that the above-captioned action is VOLUNTARILY DISMISSED WITH PREJUDICE, and respectfully requests that the Clerk of Court close this case.

Dated:  August 22, 2018

Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ Andrew T. Foglia
Andrew T. Foglia
200 Park Avenue
New York, NY 10166
Tel.: 212-294-6700
afoglia@winston.com

Thomas M. Buchanan (*pro hac vice*)
Andrew C. Nichols (*pro hac vice*)
1700 K Street, N.W.
Washington, DC 2006
Tel.: 202-282-5787
tbuchanan@winston.com
anichols@winston.com

*Attorneys for Plaintiff Transtel S.A.*